# **<u>Exhibit A</u>**



High Court of Justice England and Wales
Principal Registry of the Family Division
HMCTS Probate
PO Box 12625
Harlow
CM20 9QE
0300 303 0648

Letters of Administration
Duplicate of original created on 29th July 2020

Case Reference: 1595231346936396
Date of Issue: 29th July 2020

**HARRY PETER DUNN** of **35 MYERS WAY CHARLTON BANBURY OX17 3DY**
Died on **27th August 2019** domiciled in **England and Wales** intestate

The Administration of **HARRY PETER DUNN**'s estate is granted by this court to the following Administrators

**Timothy Gordon Dunn** of **36 MARTIAL DAIRE BOULEVARD BRACKLEY NN13 6LD**
and **Charlotte Jane Charles** of **35 MYRES WAY CHARLTON BANBURY OX17 3DY**

The application has stated that the gross value of the estate in England and Wales amounts to £2,017 and the net value amounts to £0




DISTRICT REGISTRAR

Extracted personally
If you wish to validate the information contained within this document please call 0300 303 0648



3072391W2P005459591000051102051