UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| CHARLOTTE CHARLES and TIM DUNN, Individually and as Co-Administrators of the ESTATE OF HARRY DUNN, and NIALL DUNN, Individually, <br><br> Plaintiffs, <br><br> v. <br><br> ANNE SACOOLAS and JONATHAN SACOOLAS, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:20-cv-01052 |

## DEFENDANTS' MOTION TO DISMISS

COME NOW Defendants, Anne Sacoolas and Jonathan Sacoolas, by counsel, and move this court to dismiss this case under the doctrine of *forum non* conveniens. Alternatively, Defendants move for partial dismissal of the Complaint pursuant to Fed. R. Civ. P. 12(b)(6). Defendants rely upon the accompanying Memorandum in Support, filed simultaneously herein.

                                                                    ANNE SACOOLAS
                                                                    and
                                                                    JONATHAN SACOOLAS
                                                                    By Counsel

   */s/ John D. McGavin*
John D. McGavin, VSB No. 21794
Anna G. Zick, VSB No. 86057
Bancroft, McGavin, Horvath & Judkins, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, VA 22030
Telephone:    (703) 385-1000
Facsimile:     (703) 385-1555
jmcgavin@bmhjlaw.com
azick@bmhjlaw.com
Counsel for Defendants

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that a copy of the foregoing Defendants' Motion to Dismiss was served via efiling on the 30th day of October, 2020 on the following:

Steven J. Toll, VSB #15300
Agnieszka M. Fryszman, admitted *pro hac vice*
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW
East Tower, 5th Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Stoll@cohenmilstein.com
AFryszman@cohenmilstein.com

Theodore J. Leopold, admitted *pro hac vice*
Leslie M. Kroeger, admitted *pro hac vice*
Poorad Razavi, admitted *pro hac vice*
**COHEN MILSTEIN SELLERS & TOLL PLLC**
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Telephone: (561) 515-1400
Facsimile: (561) 515-1401
tleopold@cohenmilstein.com
lkroeger@cohenmilstein.com
prazavi@cohenmilstein.com
*Attorneys for Plaintiffs*

                                                                                 */s/ John D. McGavin*____
                                                                                      John D. McGavin