EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| CHARLOTTE CHARLES and TIM DUNN, Individually and as Co-Administrators of the ESTATE OF HARRY DUNN, and NIALL DUNN, Individually, <br><br> Plaintiffs, <br><br> v. <br><br> ANNE SACOOLAS and JONATHAN SACOOLAS, <br><br> Defendants. | Case No. 1:20-cv-01052 |

## DECLARATION OF ANNE SACOOLAS

I, Anne Sacoolas, hereby declare I have personal knowledge of the following, and if called upon to testify, could and would do so competently as to the accuracy of the matters stated herein.

1. I am a named defendant in the above referenced case.

2. I am a citizen of the United States of America.

3. I hereby stipulate that I have authorized the law firm of Arnold & Porter to accept service of process of a lawsuit filed against me in England arising from the August 27, 2019 accident involving Harry Dunn at the following address: International Financial Centre, 25 Old Broad St., Cornhill, London EC2N 1HQ, United Kingdom.

4. I hereby stipulate that I do not contend a civil claim asserted against me in England arising from the August 27, 2017 motor vehicle accident is barred by diplomatic immunity.

I hereby declare that the foregoing is true and correct under penalty of perjury under the laws of the United States of America.

Executed on: 29 October 2020

Signature: _____
Anne Sacoolas