UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| CHARLOTTE CHARLES and TIM DUNN, Individually and as Co-Administrators of the ESTATE OF HARRY DUNN, and NIALL DUNN, Individually, <br><br>　　　　Plaintiffs,<br>　v.<br><br>ANNE SACOOLAS and JONATHAN SACOOLAS,<br><br>　　　　Defendants. | Case No. 1:20-cv-01052 |

## **ORDER**

THIS MATTER CAME BEFORE THE COURT on Defendants' Motion to Dismiss under the doctrine of *forum non conveniens*, and in the alternative, Partial Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), it appearing the Defendants have satisfied their burden to demonstrate England is an available and adequate alternative forum and the motion is proper and should be granted, it is hereby

ORDERED that Defendants' Motion to Dismiss under the doctrine of *forum non conveniens* is GRANTED.

Entered this ___ day of _____, 20__.

_____
United States District Court Judge