### *** CIVIL MOTION MINUTES ***

| | |
|---|---|
| Date: 02/03/2021 | Before the Honorable: **T.S. ELLIS, III** |
| Time: 03:03 p.m. – 03:31 (00:28)<br>      03:41 p.m. – 04:02 p.m. (00:21)<br>      04:05 p.m. – 04:09 p.m. (00:04)<br>      (00:53) | Case No.: 1:20-cv-01052-TSE-IDD |

Official Court Reporter: Patricia Kaneshiro-Miller

Courtroom Deputy: Tanya Randall

# CHARLOTTE CHARLES et al

v.

# ANNE SACOOLAS et al

Appearances of Counsel for:

[ X ]  Plaintiff:  Steven Toll, Nicholas Jacques, Agnieszka Fryszman, Poorad Razavi,
                Leslie Kroeger, Ted Leopold
[ X ]  Defendant:  John McGavin
[  ]  Other:

**Re:**     [ 14 ]  Defendants' Motion to Dismiss

Argued and:

- Court to decide on the matter promptly and based on the Court's decision on the motion a hearing on the remaining issues will be set for Wednesday, February 17, 2021 at 3:00 p.m.

[  ] Granted   [  ] Denied         [  ] Granted in part/Denied in part

[  ] Taken Under Advisement        [  ] Continued to

[  ]  Report and Recommendation to Follow

[ X ] Order to Follow