UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| CHARLOTTE CHARLES, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>ANNE SACOOLAS, *et al.*,<br><br>Defendants. | Case No.: 1:20-cv-1052 |

**PLAINTIFFS' NOTICE OF PARTIAL VOLUNTARY DISMISSAL**

Plaintiffs Charlotte Charles, Tim Dunn, Niall Dunn, and the Estate of Harry Dunn give notice that they voluntarily dismiss Counts IV, V, VI, and IX of their Complaint pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). In opposition to the Defendants' Motion to Dismiss (Dkt. 14), Plaintiffs agreed that the substantive law of England and Wales governed Defendants' liability for all Plaintiffs' claims. *See* Dkt. 16 at 19. Because Plaintiffs pleaded Counts IV, V, VI, and IX under Virginia law, Plaintiffs agreed in their opposition to withdraw these claims. At oral argument on March 3, 2021, the Court requested Plaintiffs to file a notice of dismissal with respect to these claims, and Plaintiffs agreed. *See* Dkt. 27 at 2. Plaintiffs provided a copy of this notice to Defendants and Defendants consented to the filing.

Dated: March 11, 2021          Respectfully submitted,

*By:* /s/ Steven J. Toll
Steven J. Toll, VSB #15300
Agnieszka M. Fryszman (*pro hac vice*)
Nicholas J. Jacques (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW

East Tower, 5th Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Stoll@cohenmilstein.com
AFryszman@cohenmilstein.com


Theodore J. Leopold (*pro hac vice*)
Leslie M. Kroeger (*pro hac vice*)
Poorad Razavi (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Telephone: (561) 515-1400
Facsimile: (561) 515-1401
tleopold@cohenmilstein.com
lkroeger@cohenmilstein.com
prazavi@cohenmilstein.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2021 I electronically filed the *Plaintiffs' Notice of Partial Voluntary Dismissal* with the Clerk of the Court using the ECF, who in turn sent notice to all counsel of record in this matter.

Dated:   March 11, 2021                                         /s/ Steven J. Toll
                                                            Steven J. Toll