IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CHARLOTTE CHARLES and TIM DUNN, Individually and as Co-Administrators of the ESTATE OF HARRY DUNN, and NIALL DUNN, Individually, <br><br>   Plaintiffs, <br><br> v. <br><br> ANNE SACOOLAS and JONATHAN SACOOLAS, <br><br>   Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 1:20-cv-01052 |

## ORDER

THIS MATTER came before the court on the Defendants' Consent Motion for Modification of the Scheduling Order to extend the time for Defendants' rebuttal designation and to afford Defendants' psychiatrist twenty-one days to prepare his Rule 35 reports following his examination of the plaintiffs, it appearing there is good cause for the relief sought, it is hereby

**ORDERED** that the Motion is **GRANTED in part** and **DENIED in part**. The Motion is granted as to extending the deadline for rebuttal expert reports and for Defendants' Rule 35 reports. As to all other requested extensions, the Motion is denied as premature. It is further

**ORDERED** that the parties use their best efforts to complete additional depositions by current discovery cutoff.

Entered this 24th day of June, 2021.

/s/ Ivan D. Davis
JUDGE IVAN D. DAVIS