# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| CHARLOTTE CHARLES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ANNE SACOOLAS, *et al.*, <br><br> Defendants. | Civil Case No. 1:20-cv-1052 |

## ORDER

Having considered Plaintiffs' unopposed *Motion for Further Consideration of Scheduling Order*, the Court **GRANTS** the motion and **ORDERS** that the deadline for Plaintiffs to depose Defendants be extended until August 25, 2021, such that both depositions must be complete on or before that date.

ENTERED: June 29, 2021

/s/ Ivan D. Davis
The Honorable Ivan D. Davis
United States Magistrate Judge