THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| CHARLOTTE CHARLES, *et al.*,<br><br>  Plaintiffs,<br><br>   v.<br><br>ANNE SACOOLAS and JONATHAN SACOOLAS,<br><br>  Defendants. | Civil Action No. 20-1052-TSE |

### [PROPOSED] ORDER

This matter comes before the Court on the United States' Motion for Leave to File Motion for Protective Order and Supporting Ex Parte, In Camera Submission. Upon consideration of the United States' motion, as well as any response thereto, and good cause having been shown to support the relief requested by the United States, it is hereby

**ORDERED** that the United States' motion is **GRANTED**; it is further

**ORDERED** that the Clerk is **DIRECTED** to file the papers attached as Exhibits A and B to the United States' motion on the docket of the above-captioned action; and it is further

**ORDERED** that the United States shall lodge its classified submission with the Classified Information Security Officer, for *ex parte* and *in camera* review.

**SO ORDERED.**

Dated: _____

_____<br>
T.S. Ellis, III<br>
United States District Judge

i