# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| CHARLOTTE CHARLES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ANNE SACOOLAS and JONATHAN SACOOLAS, <br><br> Defendants. | Civil Action No. 20-1052-TSE |

## UNITED STATES' MOTION FOR PROTECTIVE ORDER

Pursuant to 28 U.S.C. § 517 and Federal Rule of Civil Procedure 26(c), the United States, through undersigned counsel, hereby respectfully moves for the entry of a protective order as to discovery or disclosure of information in this litigation implicating the United States Government that is in any way, either directly or indirectly, related to the Defendants' or any other individuals' employment with the United States Government. The grounds for this motion are explained in the simultaneously-filed memorandum of law in support of the motion.

Undersigned counsel certifies that, as discussed in greater detail in the United States' supporting memorandum of law, he has conferred with counsel for the parties regarding this motion. Defendants consent to the relief sought in this motion and Plaintiffs oppose.

Dated: July 23, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

RAJ PAREKH
Acting United States Attorney

ALEXANDER K. HAAS

Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

JAMES R. POWERS
Trial Attorney
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, NW
Washington, DC 20005
Tel: (202) 353-0543
Email: james.r.powers@usdoj.gov

 /s/
DENNIS C. BARGHAAN, JR.
Acting Chief, Civil Division
Assistant United States Attorney
2100 Jamieson Ave.
Alexandria, Virginia 22314
Tel: (703) 299-3891
Fax: (703) 299-3983
Email: dennis.barghaan@usdoj.gov

ATTORNEYS FOR THE UNITED STATES

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| CHARLOTTE CHARLES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ANNE SACOOLAS and JONATHAN SACOOLAS, <br><br> Defendants. | Civil Action No. 20-1052-TSE |

### [DRAFT] ORDER GRANTING PROTECTIVE ORDER

This matter comes before the Court on the United States' Statement of Interest and Motion for Protective Order.  Upon consideration of the United States' submissions, including its filing submitted *ex parte* and *in camera*, as well as Plaintiffs' response thereto, and good cause having been shown to support the relief requested by the United States, it is hereby

**ORDERED** that the United States' motion is **GRANTED**; it is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 26(c), the parties shall not elicit any information during the litigation of the above-captioned action implicating the United States Government that is in any way, either directly or indirectly, related to the Defendants' or any other individuals' employment with the United States Government.  This prohibition also applies to preclude any party or third-party from having to disclose such information for any purpose in this litigation; and it is further

i

      **ORDERED** that any dispute concerning the application of the above prohibition, if not resolved by the parties through the meet and confer process, shall be presented to the presiding United States District Judge through a written motion.

      **SO ORDERED.**

Dated: _____

                                                          _____
                                                          T.S. Ellis, III
                                                          United States District Judge