# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| CHARLOTTE CHARLES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ANNE SACOOLAS and JONATHAN SACOOLAS, <br><br> Defendants. | Civil Action No. 20-1052-TSE |

## UNITED STATES' RESPONSE TO PLAINTIFF'S NOTICE OF NO OPPOSITION TO THE GOVERNMENT'S MOTION FOR LEAVE

On July 23, 2021, the United States filed a Motion for Leave to File a Motion for a Protective Order and an *Ex Parte*, *In Camera* Submission (Dkt. No. 62), and noticed that motion for a hearing on July 30, 2021 (Dkt. No. 63). This Court subsequently explained that it was unavailable on July 30, 2021, and it continued this hearing until the morning of August 13, 2021 (Dkt. No. 65).

Plaintiffs have now expressly stated that they "do not oppose" the United States' motion for leave (Dkt. No. 64, at 1), and thus do not oppose the filing of the Motion for a Protective Order and Statement of Interest that were attached to that motion (as Exhibits A and B) as well as an *ex parte* and *in camera* submission in support of the motion (Dkt. No. 62). And as part of their response, Plaintiffs also "respectfully suggest[ed] that [their notice] may obviate the need for the hearing on this motion currently scheduled for Friday, July 30 at 10:00 am" (Dkt. No. 64, at 1). Although the United States defers to the Court's preferences, we agree with Plaintiffs that their consent obviates the need for a hearing on the United States' motion for leave. But because the United States' proposed motion for a protective order concerns, in large part, the upcoming

depositions of the defendants (currently scheduled for August 24 and 25), the United States requests that this Court resolve the unopposed motion for leave without a hearing and hear argument on the motion for a protective order *itself* on August 13, 2021, so as to provide sufficient time for this Court to consider the important issues raised in the motion and the parties' briefing on those issues.

For these reasons, the United States respectfully requests that this Court grant the United States' motion for leave, enter the proposed order attached to that motion (Dkt. No. 62-1), and set a hearing on the United States' motion for a protective order for August 13, 2021, at 11:00 a.m.

Dated: July 28, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

RAJ PAREKH
Acting United States Attorney

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

JAMES R. POWERS
Trial Attorney
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, NW
Washington, DC 20005
Tel: (202) 353-0543
Email: james.r.powers@usdoj.gov

  /s/
DENNIS C. BARGHAAN, JR.
Acting Chief, Civil Division
Assistant United States Attorney
2100 Jamieson Ave.
Alexandria, Virginia 22314
Tel: (703) 299-3891

Fax: (703) 299-3983
Email: dennis.barghaan@usdoj.gov

ATTORNEYS FOR THE UNITED STATES