IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| CHARLOTTE CHARLES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ANNE SACOOLAS and JONATHAN SACOOLAS, <br><br> Defendants. | Civil Action No. 20-1052-TSE |

**UNITED STATES' CONSENT MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER**

Pursuant to 28 U.S.C. § 517, the United States, through undersigned counsel, hereby respectfully moves for leave to file a reply in support of its proposed motion for protective order. The grounds for this motion are set forth below. Undersigned counsel has conferred with counsel for the parties regarding the relief sought in this motion; the parties consent to this motion for leave to file but Plaintiffs note their continued opposition to the United States' underlying motion for protective order.

The United States has moved for leave to file a motion for protective order in this litigation. ECF No. 62 (motion for leave); ECF No. 62-2, 62-3 (proposed motion for protective order and memorandum in support). Although Plaintiffs consent to that motion for leave to file, ECF No. 64, they oppose the underlying motion for protective order and have filed a provisional opposition brief to that motion, ECF No. 67-1. Should the Court choose to take up the United States' proposed motion for protective order at the hearing currently scheduled for August 13, 2021, the United States seeks leave to file the attached reply to briefly respond to points raised in the Plaintiffs' provisional opposition.

As discussed in the United States' prior motion for leave to file, ECF No. 62, this motion should be granted pursuant to 28 U.S.C. § 517, which provides that an officer of the Department of Justice "may be sent by the Attorney General to any State or district in the United States to attend to the interests of the United States in a suit pending in a court of the United States . . . or to attend to any other interest of the United States."  In light of this statutory authority, the United States may file the attached reply brief.

For the foregoing reasons, this Court should grant the United States leave to file a reply in support of its proposed motion for protective order.  A proposed order has been attached for the convenience of this Court.

Dated:  August 11, 2021  Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

RAJ PAREKH
Acting United States Attorney

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

JAMES R. POWERS
Trial Attorney
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, NW
Washington, DC 20005
Tel: (202) 353-0543
Email: james.r.powers@usdoj.gov

 /s/
DENNIS C. BARGHAAN, JR.
Acting Chief, Civil Division
Assistant United States Attorney

2100 Jamieson Ave.
Alexandria, Virginia 22314
Tel: (703) 299-3891
Fax: (703) 299-3983
Email: dennis.barghaan@usdoj.gov

ATTORNEYS FOR THE UNITED STATES