THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

CHARLOTTE CHARLES, *et al.*,

Plaintiffs,

v.

ANNE SACOOLAS and JONATHAN SACOOLAS,

Defendants.

Civil Action No. 20-1052-TSE

### ORDER GRANTING PROTECTIVE ORDER

This matter comes before the Court on the United States' Statement of Interest and Motion for Protective Order. Good cause having been shown to support the relief requested by the United States, it is hereby

**ORDERED** that the United States' motion is **GRANTED**; it is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 26(c), the parties shall not elicit any information during the litigation of the above-captioned action implicating the United States Government related to the Defendants' or any other individuals' employment with the United States Government, including any Government activities and the identification of any Government employee. This prohibition also applies to preclude any party or third-party from having to disclose such information for any purpose in this litigation; and it is further

i

**ORDERED** that any dispute concerning the application of the above prohibition, if not resolved by the parties through the meet and confer process, shall be presented to the presiding United States District Judge through a written motion.

**SO ORDERED.**

Dated: 8/13/21

_____
T.S. Ellis, III
United States District Judge