IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| CHARLOTTE CHARLES, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>ANNE SACOOLAS and JONATHAN SACOOLAS,<br><br>        Defendants. | Civil Action No. 20-1052-TSE |

## NOTICE REGARDING SCHEDULED HEARING

On August 13, 2021, this Court requested that undersigned counsel report to the Court regarding whether a hearing – currently scheduled for August 27, 2021, at 1:00 p.m. – to resolve any potential disputes related to the defendants' depositions would be required. Because it is the United States' understanding that the parties have postponed the taking of defendants' depositions, no hearing is necessary and this Court may take the matter off its calendar.

Dated:  August 26, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

RAJ PAREKH
Acting United States Attorney

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

JAMES R. POWERS

Trial Attorney
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, NW
Washington, DC 20005
Tel: (202) 353-0543
Email: james.r.powers@usdoj.gov

 /s/
DENNIS C. BARGHAAN, JR.
Acting Chief, Civil Division
Assistant United States Attorney
2100 Jamieson Ave.
Alexandria, Virginia 22314
Tel: (703) 299-3891
Fax: (703) 299-3983
Email: dennis.barghaan@usdoj.gov

ATTORNEYS FOR THE UNITED STATES