UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |
|---|---|
| CHARLOTTE CHARLES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ANNE SACOOLAS, *et al.*, <br><br> Defendants. | Civil Case No. 1:20-cv-1052 |

## JOINT MOTION TO CONTINUE SCHEDULING ORDER

The parties have reached an agreement to resolve this matter.  All parties anticipate filing

a joint stipulation of dismissal within 30 days.  In light of these developments as well as

upcoming deadlines in the Scheduling Order, including a deadline for pretrial disclosures on

September 23, 2021, the parties jointly request to continue all deadlines in the Scheduling Order

by 45 days.  The current schedule and requested extended deadline are set forth below.

|  | Current Deadline | Extended Deadline |
|---|---|---|
| Pretrial disclosures | 9/23 | 11/8 |
| Final Pretrial Conference | 9/30 | 11/15 |
| Objections to exhibits | 10/4 | 11/18 |

By:  s/ Jay Nanavati
Jay Rohit Nanavati
*Counsel for Defendants*

1

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on September 21, 2021, I electronically filed the foregoing with

the Clerk of the Court using the ECF.


Dated:  September 21, 2021                                          <u>s/ Jay Nanavati</u>
                                                                                    Jay Rohit Nanavati