IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

CHARLOTTE CHARLES and TIM DUNN,      )
Individually and as Co-Administrators of the   )
ESTATE OF HARRY DUNN, and            )
NIALL DUNN, Individually,            )
    Plaintiffs,                  )
                                     )
    v.                           )   Civil Action No. 1:20-cv-1052
                                     )
ANNE SACOOLAS and JONATHAN           )
SACOOLAS,                            )
    Defendants.                  )

## ORDER

This matter comes before the Court on the parties' joint notice of settlement and motion to continue the scheduling order. The parties advise that they have reached an agreement to resolve this matter. The parties anticipate filing a joint stipulation of dismissal within thirty days.

Accordingly,

It is hereby **ORDERED** that the Clerk of Court shall administratively close this case and place it among the ended causes.

It is further **ORDERED**, that the motion to continue the scheduling order (Dkt. 76) is **GRANTED** and the Scheduling Order entered on April 15, 2021 and the Joint Discovery Plan approved by the Scheduling Order, as modified by the May 17, 2021 Order, are modified by extending each deadline by a period of 45 days, in accordance with the schedule below.

| | |
|---|---|
| Pretrial disclosures | 11/8/21 |
| Final Pretrial Conference | 11/15/21 |
| Objections to exhibits | 11/18/21 |

The Clerk is directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
September 21, 2021

/s/

T. S. Ellis, III
United States District Judge