UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| CHARLOTTE CHARLES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ANNE SACOOLAS, *et al.*, <br><br> Defendants. | Civil Case No. 1:20-cv-1052 |

**PLAINTIFFS' MOTION FOR PREJUDGMENT INTEREST**

Plaintiffs move this Court for an award of prejudgment interest on the undisputed portion of the funds to which they were entitled by October 15, 2021. The grounds for this Motion are set forth in the accompanying Memorandum.

Dated: November 12, 2021

By: /s/ Jay Rohit Nanavati
Jay Rohit Nanavati
Kostelanetz & Fink LLP
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
202-875-8000
jnanavati@kflaw.com
*Counsel for Plaintiffs*

Robert F. Muse
Daren H. Firestone
Levy Firestone Muse LLP
1701 K Street, NW
Suite 350
Washington, DC 20006
202-845-3215
rmuse@levyfirestone.com

dhf@levyfirestone.com
*Counsel for Plaintiffs*

## LOCAL RULE 7(E) DECLARATION

On November 12, 2021, Plaintiffs' counsel and counsel for USAA conferred via email. No agreement was reached and Defendants oppose this Motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 12, 2021, I electronically filed Plaintiffs' Motion for Prejudgment Interest and their Memorandum in Support thereof using the CM/ECF system, which provides notice to all counsel of record.

Dated: November 12, 2021        /s/ Jay Rohit Nanavati
                                                                Jay Rohit Nanavati