**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| CHARLOTTE CHARLES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ANNE SACOOLAS, *et al.*,<br><br>Defendants. | Civil Case No. 1:20-cv-1052 |

## PLAINTIFFS' MOTION TO CONTINUE HEARING ON MOTION TO ENFORCE CHARGING LIEN

The plaintiffs respectfully move the Court for a continuance of the hearing on Cohen Milstein Sellers & Toll PLLC's ("CMST") motion to enforce a charging lien. The hearing is set for December 21, 2021, but undersigned counsel has a long-planned family vacation from December 18-22. CMST and Levy Firestone Muse LLP have authorized undersigned counsel to represent to the Court that they do not object to a continuance. Counsel have conferred on available dates and respectfully request that in setting a date the Court avoid the following dates:

- January 3-5, 7, 10-12, 25

By:     s/ Jay Nanavati
        Jay R. Nanavati
        *Counsel for Plaintiffs*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 10, 2021, I electronically filed the foregoing with the

Clerk of the Court using the ECF.


Dated:  December 10, 2021                                      <u>s/ Jay Nanavati</u>
                                                              Jay R. Nanavati