UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| CHARLOTTE CHARLES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ANNE SACOOLAS, *et al.*, <br><br> Defendants. | Civil Case No. 1:20-cv-1052 |

**SUPPLEMENT TO PLAINTIFFS' MOTION TO CONTINUE HEARING ON MOTION TO ENFORCE CHARGING LIEN**

    The plaintiffs submit this supplement to inform the Court that the weeks of January 17 and January 24 are also unavailable.

                                            By:    s/ Jay Nanavati
                                                                   Jay R. Nanavati
                                                                   *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 10, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF.

Dated:  December 10, 2021                                               s/ Jay Nanavati
                                                                                                           Jay R. Nanavati