UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| CHARLOTTE CHARLES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ANNE SACOOLAS, *et al.*, <br><br> Defendants. | Civil Case No. 1:20-cv-1052 |

## STATUS REPORT

Levy Firestone Muse LLP ("LFM") submits this status report regarding the disbursement of undisputed funds. On January 31, 2022, LFM received the undisputed funds released from the Registry of the Court. On the same day, LFM deposited the undisputed funds in its client trust account. After the funds cleared, on February 2, 2022, LFM, following written instructions signed by all Plaintiffs, sent the full amount of the undisputed funds to the Plaintiffs by wiring the funds to an account held at a currency exchange service selected by Plaintiffs. The same day, the currency exchange service informed LFM that it had received the funds in full.

                                                 Respectfully Submitted

                By:    /s/ Kerry Brainard Verdi
                         Kerry Brainard Verdi
                         Verdi & Ogletree PLLC
                         1325 G Street, N.W.
                         Suite 500
                         Washington, DC 20005
                         202-449-7703
                         kverdi@verdiogletree.com
                         *Counsel for Levy Firestone Muse LLP*

>Robert F. Muse
>Daren H. Firestone
>LFM LLP
>1701 K Street, NW
>Suite 350
>Washington, DC 20006
>202-845-3215
>rmuse@levyfirestone.com
>dhf@levyfirestone.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have filed the foregoing with the Clerk of the Court using the ECF system, which notified all parties of the filing via electronic mail.

>/s/ Kerry Brainard Verdi
>Kerry Brainard Verdi