UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| CHARLOTTE CHARLES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ANNE SACOOLAS, *et al.*, <br><br> Defendants. | Civil Case No. 1:20-cv-1052 |

## PLAINTIFFS' MOTION TO FILE UNDER SEAL THE MOTION TO AMEND AND THE EXHIBIT ATTACHED THERETO

For the reasons stated in the accompanying Memorandum, Plaintiffs move this Court for an order sealing (1) the Motion to Amend the Court's September 30, 2022 Order; and (2) the Exhibit attached thereto.

Counsel for Defendants and Counsel for Cohen Milstein Sellers & Toll PLLC have indicated that they consent to this motion.

By: /s/ Jay Rohit Nanavati

Jay Rohit Nanavati
Kostelanetz & Fink LLP
601 New Jersey Avenue NW
Suite 620
Washington, DC 20001
202-875-8000
jnanavati@kflaw.com
*Counsel for Plaintiffs*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 14, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which notified defendants of the filing via electronic mail.

                         /s/ Jay Rohit Nanavati
                           Jay Rohit Nanavati